# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH W. PATERNOGA & BETHANY M. PATERNOGA     Case Number: 04-75631
445 SOUTH GENOA STREET     SSN-xxx-xx-6998 & xxx-xx-2928
GENOA, IL  60135

Case filed on: 11/12/2004
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $46,061.04     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,804.42 | 3,804.42 | 3,804.42 | 0.00 |
|  | Total Legal | 3,804.42 | 3,804.42 | 3,804.42 | 0.00 |
| 202 | CITIMORTGAGE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 214 | CHASE AUTO FINANCE AZ1-1191 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH W. PATERNOGA | 0.00 | 0.00 | 454.99 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 454.99 | 0.00 |
| 002 | CITIMORTGAGE, INC. | 6,030.81 | 6,000.00 | 6,000.00 | 0.00 |
|  | Total Secured | 6,030.81 | 6,000.00 | 6,000.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | APRIA HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK ONE DELAWARE NA | 580.14 | 580.14 | 580.14 | 0.00 |
| 005 | CENTRAL ILLINOIS PULMINARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GENOA-KINGSTON AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS BANKRUPTCY SERVICE | 358.66 | 358.66 | 358.66 | 0.00 |
| 009 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PEKIN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WELLS FARGO AUTO FINANCE | 4,470.13 | 4,470.13 | 4,470.13 | 0.00 |
| 013 | AMERENCILCO | 465.44 | 465.44 | 465.44 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 12,773.37 | 12,773.37 | 12,773.37 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 386.79 | 386.79 | 386.79 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 2,597.27 | 2,597.27 | 2,597.27 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 10,121.89 | 10,121.89 | 10,121.89 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 973.51 | 973.51 | 973.51 | 0.00 |
|  | Total Unsecured | 32,727.20 | 32,727.20 | 32,727.20 | 0.00 |
|  | Grand Total: | 42,726.43 | 42,695.62 | 43,150.61 | 0.00 |

Total Paid Claimant:    $43,150.61
Trustee Allowance:    $2,910.43
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

       /s/ Lydia S. Meyer
       Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007     By  /s/Heather M. Fagan